# UNITED STATES DISTRICT COURT
## NORTHERN DISTRIC OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DARRIN WRIGHT, ) | 12cv8148 |
| ) PLAINTIFF ) | Judge Robert W. Gettleman |
| VS. ) | Magistrate Arlander Keys |
| CHICAGO POLICE DEPARMENT. et.al) | **FILED** |
| DEFENDANTS. ) | OCT 1 0 2012 |
| | THOMAS G. BRUTON |
| | CLERK, U.S. DISTRICT COURT |

## PLAINTIFFF'S REQUEST FOR INJUNCTIONS CONSOLIDATED WITH/PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff Darrin Wright Pursuant to the applicable Federal Rules of Civil Procedure and respectfully request this honorable court for an **Emergency Injunction** and/or **Order** in the above entitled case.

Dated this 8th day of October 2012

*Darrin Wright*
Darrin Wright
P.O. Box 2903
Chicago, Il 60690

## FACTS

On August 1st 2012, after a high speed car chase Plaintiff was brutally beaten and tazered by members of the Chicago police department. Plaintiff suffered serious injuries and was arrested. This happened at approximately 6326 s Peoria, in Chicago. An ongoing criminal case exists (#12CR16313). Plaintiff also was deprived of personal property

without due process of laws as a result, of the arrest.

Two agencies are investigating the legalities in these matters, The Chicago Police department (P.O. David Woods 312-745-6310.)#1056705 is investigating the lost of plaintiff's property. The INDEPENDENT POLICE REVIEW, LOG#1056988 (312-746-3609) is investigating the beating of plaintiff.

Inasmuch, as these investigation are underway plaintiff does not know the full scope or parameters of the investigations. Documents crucial in this civil matter **MAY** not be preserved or may be **DESTROYED**. Specifically, video from several cameras that were pointing directly where the beating took place **EXHIBIT'S A, B, C & D.**

The cameras belong to two separate businesses (1) **MERCY ENGLEWOOD HOUSING** 901 W 63rd Street Chicago (a private housing complex): (2) "**U.S.**" **BANK** 815 W 63rd street (The back door of the drive thru/motor branch 859 W 63rd street).

Exhibit "A" is southbound picture of the cross section of 63 and Peoria (apprx 20 yards from where the beating occurred) showing the bank. Exhibit "B" is a picture of the back door of the bank (and its camera), facing Westbound directly in front of the spot, where beating occurred.

Exhibit "C" is a Northwest bound picture of the back of the Mercy building, The cameras on the southeast side of the building and were about **20 feet** from the actual spot where the beating occurred. Exhibit "D" is a Westbound picture of the mercy building cameras are about 25 yard from where the beating occurred.

The Constitutional violations and events pictured in the exhibits occurred on August1st, 2012, sixty-eight (68) day prior to filing the adjacent **CIVIL RIGHTS COMPLAINT**. Plaintiff being a civilian and a layman has no binding authority to get security tapes from a bank, or to request their preservation. Additionally plaintiff needs a court order to mandate the Englewood housing to produce or preserve tapes.

## ARGUMENT

Plaintiff is at the judicial mercy of this court. Plaintiff is seeking and order for preservation of evidence not a real interested parties in this action. However plaintiff is not on a fishing expedition. Plaintiff has the exact time and dates of the tapes. Plaintiff is

only seeking tapes from august 1st, 2012, between 6:45pm-7:45pm and on tape the face 6226 s Peoria. If any tape breach legal cannot be viewed by plaintiff, plaintiff request this honorable court to appoint a neutral party to view the tapes.

Plaintiff also seeks the document from the two agencies that are currently investigating Constitutional Violations against plaintiff including but not limited to:
(1) interview tapes         (2) written and oral statements,
(3) police report           (4) 911 tapes and/or transcripts
(5) list of all names of officers present at the beating and chase
(6) officers present the 5x8 room where the five officers questioned plaintiff
(7) number and/or identification of the vehicles of police
(8) video from police vehicles during the chase

## CONCLUSION

Wherefore, Plaintiff requests this honorable court issue the following **ORDERS**, (1) Mercy Englewood housing to preserve give plaintiff the security tapes of the back facing 6326 S Peoria On August 1st 6:45pm-7:45pm 2012, (2) "U.S." Bank to give plaintiff the back door of the motor bank On August 1st 6:45pm-7:45pm 2012 (3)police officer David Woods and/or the Chicago Police Department to give plaintiff the complete file for log #1056707 (4) Investigator Lakenya White (I.P.R.A.) Log #1056988 to release all tapes, transcripts, interviews pictures names and notes.

Dated this 8th day of October 2012.

_____
DARRIN WRIGHT
P.O. BOX 2903
CHICAGO, IL 60690

(3)